AIMAN-SMITH AND MARCY
DONALD JOSEPH CLAPP, Cal. Bar No 99194
7677 Oakport Street, Suite 1020
Oakland, CA 94621
Telephone:    510.590.7115
Facsimile:    510.562.6830
Email:        djc1.asm@gmail.com

Attorneys for Plaintiff, MICHAEL LITTLEJOHN

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PAUL S. COWIE, Cal. Bar No. 250131
379 Lytton Avenue
Palo Alto, California  94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
Email:        pcowie@sheppardmullin.com

Attorneys for Defendant, BENCHMARK ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLEJOHN, an individual, | Case No. 14-cv-01995-VC |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND PROPOSED ORDER** |
| v. | |
| BENCHMARK ELECTRONICS, INC., a Texas corporation; BENCHMARK CALIFORNIA, a business entity; and DOES 1-25, | Complaint Filed:  April 1, 2014 |
| Defendants. | |

Plaintiff MICHAEL LITTLEJOHN and Defendant BENCHMARK ELECTRONICS, INC., through their respective attorneys of record, stipulate as follows:

Plaintiff's Complaint and Defendant's Cross-Complaint are hereby dismissed with prejudice, each party to bear their own costs and fees.

Named Defendant Benchmark California does not exist as a separate entity and this stipulation disposes of the entire action by and against all parties.

Dated:  March 12, 2015          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                By   */s/ Paul S. Cowie*
                                     PAUL S. COWIE
                                     DORNA MOINI
                                     Attorneys for Defendant
                                     BENCHMARK ELECTRONICS, INC.


Dated:  March 12, 2015          AIMAN-SMITH AND MARCY


                                By   */s/ Donald Joseph Clapp*
                                     DONALD JOSEPH CLAPP
                                     Attorneys for Plaintiff
                                     MICHAEL LITTLEJOHN


**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff Michael Littlejohn whose electronic signature appears above has concurred in this filing.

Dated:  March 12, 2015          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                By   */s/ Paul S. Cowie*
                                     PAUL S. COWIE
                                     DORNA MOINI
                                     Attorneys for Defendant
                                     BENCHMARK ELECTRONICS, INC.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the entire action by and against all parties is DISMISSED with prejudice.

Dated: __March 18_____ 2015

_____
The Honorable Vince Chhabria
District Court Judge